IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| Cory Gregory, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 18 CV 387 |
| | ) | |
| Randy Pfister, et al., | ) | Honorable John Z. Lee |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS' MOTION TO DISMISS**
**PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendants George Adamson, Walter Nicholson, and Hany Shalabi ("Defendants"), by and through their attorney, Lisa Madigan, Attorney General of Illinois, and pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move this Honorable Court to dismiss Plaintiff's First Amended Complaint.

For the reasons set forth in their supporting memorandum, Defendants respectfully request that the Court grant their motion and dismiss Counts I-IV of Plaintiff's First Amended Complaint.

Respectfully submitted,

LISA MADIGAN
Attorney General of Illinois     /s *Colleen M. Shannon*
                                  COLLEEN M. SHANNON
                                  Assistant Attorney General
                                  General Law Bureau
                                  100 W. Randolph St., 13th Fl.
                                  Chicago, Illinois 60601
                                  (312) 814-4450
                                  cshannon@atg.state.il.us

## **CERTIFICATE OF SERVICE**

    I hereby certify that on October 24, 2018, the above and foregoing document was electronically submitted to all counsel of record through the Court's CM/ECF system.

                                       /s *Colleen M. Shannon*